COPY

1

**BESHADA FARNESE LLP**
Peter J. Farnese (SBN 251204)
pjf@beshadafareselaw.com
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
Telephone:  310-356-4668
Facsimile:   310-356-4601

Attorneys for Plaintiffs and
the Proposed Classes

BY _____
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

2012 MAY 30  AM 11: 18

FILED

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12   MITCHEL BURMEISTER, JOEL   |   CASE NO. **CV 12 - 4706** - DDP
13   COHN, individually and on behalf of all   |   (VBK)
     others similarly situated,
                                 |   **CLASS ACTION**
14
                                 |   **CLASS ACTION COMPLAINT**
15              Plaintiffs,
                                 |   1.  VIOLATION OF CALIFORNIA
16        v.                     |       BUSINESS & PROFESSIONS CODE
                                 |       SECTION 17200, ET SEQ.
17   NEW VITALITY CORPORATION, a  |
     New York Corporation, NAC   |   2.  VIOLATION OF CALIFORNIA
18   MARKETING, INC., a New York  |       BUSINESS & PROFESSIONS CODE
     Corporation, and DOES 1 through 10,   |       SECTION 17500, ET SEQ.
19   inclusive,                  |
                                 |   3.  VIOLATION OF CALIFORNIA
20                               |       CIVIL CODE SECTION 1750, ET SEQ.
              Defendants.
21                               |   4.  FRAUD
                                 |
22                               |   5.  VIOLATION OF NEW JERSEY
                                 |       CONSUMER FRAUD ACT, N.J.S.A.
23                               |       56:8-1, ET SEQ.
                                 |
24                               |   **JURY TRIAL DEMANDED**

25

26

27

28

BESHADA
FARNESE LLP
_____
                    CLASS ACTION COMPLAINT

1    Plaintiffs Mitchel Burmeister and Joel Cohn, individually and on behalf of all
2    other similarly situated purchasers (hereinafter "Plaintiff(s)" or "the Class") of
3    Ageless Male brings this consumer class action against New Vitality Corporation
4    and NAC Marketing, Inc. and Does 1 through 10, inclusive (sometimes hereinafter
5    collectively "Defendants" or "New Vitality") for unlawful, unfair, and deceptive
6    business practices in violation of California Business & Professions Code Section
7    17200 et seq., California Business & Professions Code Section 17500 et seq., and
8    California Civil Code Section 1750 et seq., the common law, and in violation of the
9    New Jersey Consumer Fraud Act, N.J.S.A. Section 56:8-1, et seq., and allege as
10   follows:

11

12                                    **PARTIES**

13       1.    Plaintiff Burmeister is, and at all times relevant hereto was, an
14   individual residing in the State of California.  Plaintiff purchased Ageless Male in
15   California during the Class Period.  In doing so, Plaintiff relied upon the Ageless
16   Male advertising.  Plaintiff Burmeister used Ageless Male as directed.  Plaintiff did
17   not experience any of the advertised benefits of Ageless Male.  Plaintiff would not
18   have purchased Ageless Male if Plaintiff knew that Defendants' claims about
19   Ageless Male were false and misleading.

20       2.    Plaintiff Cohn is, and at all times relevant hereto was, an individual
21   residing in the State of New Jersey.  Plaintiff purchased Ageless Male in New Jersey
22   during the Class Period.   In doing so, Plaintiff relied upon the Ageless Male
23   advertising.   Plaintiff Cohn used Ageless Male as directed.   Plaintiff did not
24   experience any of the advertised benefits of Ageless Male.  Plaintiff would not have
25   purchased Ageless Male if Plaintiff knew that Defendants' claims about Ageless
26   Male were false and misleading.

27       3.    Plaintiffs are informed and believe that Defendant New Vitality
28   Corporation is a corporation organized under the laws of the State of New York

1   with its principal place of business located in New York.   New Vitality is
2   authorized to do business in California, has sufficient minimum contacts with
3   California, and/or otherwise has intentionally availed itself of the markets in
4   California through the promotion, marketing and sale of their products in
5   California, such that the exercise of jurisdiction by this Court is permissible under
6   traditional notions of fair play and substantial justice.

7       4.   Plaintiffs are informed and believe that Defendant NAC Marketing,
8   Inc. is a corporation organized under the laws of the State of New York with its
9   principal place of business located in New York.   NAC Marketing is authorized to
10   do business in California, has sufficient minimum contacts with California, and/or
11   otherwise has intentionally availed itself of the markets in California through the
12   promotion, marketing and sale of their products in California, such that the
13   exercise of jurisdiction by this Court is permissible under traditional notions of fair
14   play and substantial justice.

15       5.   The true names and capacities, whether individual, corporate, associate
16   or otherwise of certain manufacturers, distributors and/or their alter egos sued herein
17   as DOES 1 through 10 inclusive are presently unknown to Plaintiffs who therefore
18   sues these Defendants by fictitious names.   Plaintiffs will seek leave of this Court to
19   amend the Complaint to show the true names and capacities of said Doe Defendants
20   when the same have been ascertained.   Plaintiffs are informed and believe and based
21   thereon allege that DOES 1 through 10 were authorized to do and did business in the
22   State of California, including, but not limited to, Los Angeles County.   Plaintiffs are
23   further informed and believe and based thereon allege that DOES 1 through 10 were
24   and/or are, in some manner or way, responsible for and liable to Plaintiff for the
25   events, happenings and damages hereinafter set forth below.

26       6.   Plaintiffs are informed and believe and based thereon allege that at all
27   times relevant herein each of the Defendants was the agent, servant, employee,
28   subsidiary, affiliate, partner, assignee, successor-in-interest, alter ego or other

1   representative of each of the remaining Defendants and was acting in such capacity

2   in doing the things herein complained of and alleged.

3         7.     In committing the wrongful acts alleged herein, Defendants planned

4   and participated in the furthered a common scheme by means of false, misleading,

5   deceptive and fraudulent representations to induce members of the public to

6   purchase the Ageless Male.  Defendants participated in the making of such

7   representations in that each did disseminate or cause to be disseminated said

8   misrepresentations.

9         8.     Defendants, upon becoming involved with the manufacture,

10   advertising, and sale of the Ageless Male, and, in particular, the claims suggesting

11   and/or outright stating that the Ageless Male could, in any way, provide increased

12   testosterone to consumers, were false, deceptive and misleading.  Indeed, since the

13   first time that the Ageless Male were advertised, Defendants have been aware that

14   they, individually and/or collectively, possess no competent and reliable scientific

15   evidence to substantiate their claims about the purported benefits and efficacy of the

16   Ageless Male, and that those claims are false and deceptive.

17         9.     Defendants affirmatively misrepresented the "benefits" of Ageless

18   Male in order to convince the public to purchase and use the Ageless Male, resulting

19   in profits to Defendants, all to the damage and detriment of the consuming public.

20   Thus, in addition to the wrongful conduct herein alleged as giving rise to primary

21   liability, Defendants further aided and abetted and knowingly assisted each other in

22   breach of their respective duties and obligations and herein alleged.

23

24   **JURISDICTION**

25        10.     This Court has original jurisdiction over all causes of action pursuant

26   to the Class action Fairness Action ("CAFA"), 28 U.S.C. §1332(d)(2).

27   Specifically, Plaintiff is informed and believes that the matter in controversy,

28   exclusive of interests and costs, exceeds the sum or value of $5,000,000, and at

1  least one member of the putative class is a citizen of a State different than
2  Defendants.

3  <div align="center">**VENUE**</div>

4       11.    Venue is proper in this District under 28 U.S.C. §§1391(c) and
5  1395(a), because Defendants: a) are authorized to conduct business in this District
6  and have intentionally availed themselves of the laws and markets within this
7  District through the promotion, marketing, distribution, and sale of the Ageless
8  Male in this District; b) do substantial business in this District; and c) are subject
9  to personal jurisdiction in this District.

10

11  <div align="center">**STATEMENT OF FACTS**</div>

12       12.    This is a class action for restitution, damages, injunctive, and related
13  equitable relief against Defendants related to false and misleading advertising in
14  violation of the <u>Business & Professions Code</u> Section 17200, <u>et seq.</u>, and <u>Business</u>
15  <u>& Professions Code</u> Section 17500, <u>et seq.</u>, <u>Civil Code</u> Section 1750, <u>et seq.</u>, the
16  common law, and the New Jersey Consumer Fraud Act, <u>N.J.S.A.</u> Section 56:8-1, <u>et</u>
17  <u>seq.</u>

18  **Background**

19       13.    Defendants are leading companies in the field of "direct-response"
20  marketing.   Defendants have deployed a systematic and uniform advertising
21  campaign for the Ageless Male through television infomercials and the internet.
22  Defendants have expert knowledge of the consumer behavior and, on information
23  and belief, specifically designed the Ageless Male advertising to include claims that
24  Defendants know are material to the reasonable consumer.

25       14.    Indeed, Defendants utilize "direct response" infomercial-style ads
26  whereby Defendants intend for consumers to rely on their ads and purchase the
27  Ageless Male directly from Defendants using the contact information contained in
28  the advertisements.

**Defendants' Advertising of Ageless Male**

15.     Defendants' advertising of Ageless Male follows the classic direct response advertising playbook: identify/invent a problem purportedly affecting consumers and then, propose a quick, cure-all solution.

16.     In this case, the "problem" New Vitality identifies is something it calls "Andropause."  According to New Vitality, Andropause is male menopause.  "It's connected to your testosterone levels dropping with age.  And it's a natural life process that every man will experience."

17.     New Vitality claims that after age 30, male testosterone can decrease 1-3% per year.   According to the Ageless Male advertising, if  "[your] muscle starts turning into fat, your energy drops, you feel a low sex drive, you feel moody or irritable, you're tired, or you've lost your zest for life" you are one of the "inevitable" victims of Andropause.

18.     New Vitality's solution to the Andropause "problem" is a dietary supplement it calls Ageless Male.  New Vitality claims that Ageless Male is:

    a. "clinically proven";

    b. "clinically proven to increase testosterone 61%";

    c. "clinically proven to increase testosterone 50%"

    d. keeps testosterone at a "normal, healthy range";  and

    e. Ageless Male will cause increased energy, increased muscle mass, improved mood, increased focus, improved sex drive, and weight loss.

19.     In addition to these banner claims, Defendants also make several other claims about Ageless Male:

    a. "Ageless Male is an all natural dietary supplement clinically demonstrated to increase testosterone levels by 50%, but still within a normal healthy range. Ageless Male may also help reduce the harmful hormones like DHT and estradiol that build up in a man's body over time. With Ageless Male you can support healthy hormonal balance.

1  Give your testosterone levels a boost naturally. Ageless Male does not
2  require injections, gels or appointments." *See* Exhibit A.

    b.  "Q. Why should I consider Ageless Male?

       A. The ingredient in Ageless male has been shown in a published
human study to help increase testosterone levels within a safe range.
Ageless Male is all natural and in research was shown to be safe
without significant side effects. In fact, Ageless Male has been shown
to lower problematic hormones in men such as DHT and estradiol." *See*
Exhibit A.

    c.  "Q.What can I expect Ageless Male to do for me?

       A. In the published human study, the ingredient in Ageless Male helped
increase testosterone levels by 50%, while still staying within the
normal range. This boost in testosterone may help support a healthy sex
drive, energy production, positive mood and lean muscle mass." *See*
Exhibit A.

20.    In addition to internet advertising, Defendants also market Ageless
Male directly to consumers through infomercial-style national television spots. *See*
Ageless Male commercial at: http://www.youtube.com/watch?v=8RO787NV2fo.

21.    The Ageless Male commercial is as follows:

**Announcer**: Does being over forty make you feel like half the man you used
to be?

**Words on screen**: Are you over 40?

**Announcer**: Do you feel more tired, out of shape, not in the mood, like you
used to be?

**Words on screen**: Do you feel tired? Out of shape? Not in the mood?

**Announcer**: If you said yes to any of these questions, it's not your fault. You
might have reduced testosterone.

**Words on screen**: Do you have reduced testosterone?

1   **Announcer**: Introducing Ageless Male. A scientific breakthrough clinically

2   proven to increase testosterone levels by, get this, 61 %. And today we're

3   giving you the opportunity to try it risk free.

4   **Words on screen**: Natural testosterone supplement / Risk free offer! /

5   agelessmale.com / Clinically proven! / Increase testosterone by 61% / Try

6   risk free! / (illegible, fine print disclaimer)

7   **Jacob Rosenstein M.D.**, Neurological Surgeon: It's amazing how you'll feel

8   once your testosterone levels are restored to normal.

9   **Words on screen**: Risk free offer!

10   **Announcer**: He's 56. Just look at Dr. Rosenstein's transformation.

11   **Words on screen**: (illegible, fine print disclaimer)

12   **Announcer**: If you would like to experience what healthy testosterone levels

13   feel like, more energy, increased physical performance, better mood, focus,

14   concentration, and more romance when you want it.

15   **Words on screen**: More energy! / Better mood / Focus / Concentration /

16   More romance / (illegible, fine print disclaimer)

17   **Announcer**: You really need to give Ageless Male a try. Don't hesitate. Call

18   or go online now.

19   **Words on screen**: Call now!

20   *See* Ageless Male commercial, http://www.youtube.com/watch?v=8RO787NV2fo.

21      22.     On information and belief, the television spots and internet advertising

22   for Ageless Male went through the standard direct-response testing process and, in

23   conjunction with that process, New Vitality selected these claims based on the

24   testing results.

25      23.     In other words, New Vitality knows (and intends) that the claims in the

26   AM advertising are material to the reasonable consumer.

27   **Defendant's Advertising of Ageless Male is False and Deceptive**

28      24.     On information and belief, Defendants have conducted no human

1    studies on Ageless Male itself.  Rather, New Vitality bases its advertising claims for

2    Ageless Male on a propriety blend of ingredients called "Re-Settin":  "Q. What is

3    the key ingredient in Ageless Male?  A. It's called Re-Settin and it's a precise

4    combination of the *carotenoid astaxanthin* from *Haematococcus pluvialis* and Saw

5    Palmetto berry lipid extract from *Serenoa repens*." *See* Exhibit A.

6         25.    Re-Settin is a registered trademark of the Wayne, New Jersey

7    company Triarco Industries, Inc. ("Triarco").  The Re-Settin blend is distributed

8    exclusively by Triarco, and is also sold under the brand names Alphastat® and

9    Mytosterone™.  The blend contains Saw Palmetto berry extract and Astaxanthin (a

10   type of carotenoid).  Each serving of Ageless Male provides an 800mg dose of the

11   Saw Palmetto and Astaxanthin blend.

12        **1.    False and Deceptive "Clinically Proven" Claims**

13        26.    According to the Ageless Male website, the Re-Settin blend was the

14   subject of a "human clinical study."  Indeed, New Vitality states, on the Ageless

15   Male website, that "[t]he human clinical study on Ageless Male's proprietary blend

16   was published in the Journal of the International Society for Sports Nutrition."  The

17   study that New Vitality refers to is a pilot study funded by Triarco, which was

18   conducted at the University of Yaounde in Cameroon -- Angwafor, Fru, and Mark

19   Anderson, An open label, dose response study to determine the effect of a dietary

20   supplement on dihydrotestosterone, testosterone and estradiol levels in healthy

21   males. J Int Soc Sports Nutr.  2008 Aug 12; 5:12 (hereafter the "Cameroon Study").

22        27.    New Vitality claims that Ageless Male is "clinically proven" and

23   "clinically proven to increase testosterone 61%."  By making those establishment

24   claims, New Vitality indicates that it possess at least one double-blinded, placebo-

25   controlled, study conducted on humans using the product, or an essentially

26   equivalent product.

27        28.    The Cameroon Study does not meet this standard.   The Cameroon

28   Study is not a "clinical" study.  Rather it is an open-label, non-randomized, non-

1  controlled study, which is most accurately described as a dose-response "pilot

2  study." *See* Exhibit B, Cameroon Study at p. 2.

3      29.    Simply put, as a pilot study, the Cameroon Study does not (and cannot)

4  substantiate New Vitality's "clinically proven" claim.  Accordingly, Defendants'

5  claims that Ageless Male is "clinically proven" are false and deceptive.

6      30.    In addition to Defendants' false representation of the Cameroon Study

7  as a clinical study, several factors undermine the results of the Cameroon Study.

8  The primary problem with the Cameroon Study is that the test population does not

9  match the intended market for Ageless Male.  The testosterone levels of the test

10  subjects were not low, but rather, at levels considered to be in the "normal range"

11  for their ages-- as verified by the chart of testosterone levels on the Ageless Male

12  website (http://www.agelessmale.com/losing-testosterone.aspx).

13      31.    Because the test population doesn't match the intended market for

14  Ageless Male (individuals with low testosterone), it is false and deceptive to claim

15  that Ageless Male can cause an increase of testosterone levels in individuals with

16  low testosterone and maintain those testosterone levels in the "normal, healthy

17  range."

18      32.    Further, the study took place in Cameroon, a country with cultural and

19  dietary habits that are significantly different from the average consumer in the

20  United States.  Given that testosterone levels are affected by a whole host of

21  lifestyle factors including, diet, exercise, and other environmental factors, the results

22  of the study are transferable to men in the United States.

23      33.    In sum, contrary to Defendants advertising for Ageless Male, the

24  product has not been shown to provide any benefits to consumers in the target

25  audience (i.e. the Class) and is not "clinically proven" to do so.

26      **2.**    **Other False and Deceptive Claims About the Cameroon Study**

27      34.    New Vitality claims that Ageless Male will cause increased  energy,

28  increased physical performance, better mood, focus, concentration, increased sex

1   drive, more romance, bone mass maintenance, increased muscle strength, and turn
2   fat into muscle. None of those effects were tested as either primary or secondary
3   endpoints of the Cameroon Study. Accordingly, those claims are false and not
4   substantiated by the Cameroon Study.

5       35.   New Vitality claims that Ageless Male also lowers estradiol. The
6   Cameroon Study, however, only showed a decrease in blood levels of estradiol in
7   the 2000mg/day Group, not the 800mg/day Group: "Blood levels of ES however,
8   decreased significantly ($p = 0.05$) in the 2000 mg/day dose group but not in the 800
9   mg/day dose group" See Cameroon Study at p.1. Ageless Male contains the 800mg
10  dose. Thus, the estradiol claim is false and not substantiated.

11      36.   The Cameroon Study indicates that the test subjects were "divided"
12  into two groups. In other words, the subjects were not "randomly" divided. In fact,
13  the groups have "significantly different" testosterone levels at baseline: a) Group 1
14  (whose average age was 55) testosterone level =21.64 nmol/L; b) Group 2 (whose
15  average age was 61) testosterone level =26.26 nmol/L. If the subjects were
16  randomly assigned to each group, there would not be a significant difference in
17  testosterone levels between groups. In other words, the lack of randomization
18  indicates bias in the study (which may be overcome by an appropriate control group,
19  but that, too, is not present in the Cameroon Study).

20      37.   Finally, the Cameroon Study was funded by Triarco-- a company which
21  stands to benefit financially from the study's results. On information and belief,
22  Triarco's business model is best summarized as follows: (a) pay researchers at the
23  University of Yaounde in Cameroon to conduct small human studies of Triarco's
24  branded ingredients, and guarantee some positive results; (b) with the "study"
25  results (it purchased) in hand, pay the International Society of Sports Nutrition (an
26  industry trade group)("ISSN") to publish the results in ISSN's journal; and, (c)
27  utilize these small African studies published by the ISSN to pitch their branded
28  ingredients to marketing companies like New Vitality with the promise that the

1  study results can be used in ad copy.  All-in-all, a significant conflict exists with the

2  Cameroon Study given Triarco's involvement and calls any results for that study

3  into question.

4        **3.**     **Other Deceptive Practices Related to Marketing of Ageless Male**

5        38.    In addition to the unsubstantiated and false claims about Re-Settin,

6  Defendants also utilize deceptive testimonial and endorsement claims to market

7  Ageless Male.  Neurological surgeon, Jacob Rosenstein is featured prominently in

8  the Ageless Male advertising, including his dramatic "before and after" portrayal.

9  New Vitality fails to advise consumers, however, that Rosenstein is a paid endorser

10  of the Ageless Male product and thereby profits from every sale of Ageless Male.

11        39.    In addition, the "before and after" portrayal of Rosenstein was the

12  result of not only Ageless Male, but according to a nearly illegible, fine print

13  disclaimer in the television advertisements, "proven age management techniques."

14  If a consumer can even figure out what that term means, it is likely code for a

15  significant diet and exercise program.

16        40.    New Vitality also uses several tried and true "direct-response" sales

17  tricks.  The online and telephone ordering process requires that consumers provide

18  their credit card information "up front" which New Vitality uses to immediately

19  charge the card.

20        41.    Then if a consumer answers "yes" to a series of upsells, their card is

21  charged with each "yes" with the opportunity to review the total transaction.   In

22  addition, New Vitality automatically enrolls consumers in their "auto-ship"

23  program.  We understand that when a consumer attempts to cancel the auto-ship,

24  New Vitality's policy is to give them the "run-around" and make it nearly

25  impossible to cancel.  *See*  http://www.ripoffreport.com/supplemental-health-

26  programs/new-vitality/new-vitality-ageless-male-whe-d5090.htm

27

28

**Plaintiffs' Purchase and Use of Ageless Male**

42.     Plaintiff Burmeister is a member of the target market for Ageless Male. After viewing an advertisement for Ageless Male, Plaintiff purchased Ageless Male in or about April 2012 from Defendants' website for approximately $79.90 plus shipping and handling in the amount of $8.99 and tax in the amount of $7.78. Plaintiff purchased Ageless Male relying on Defendants' advertising claims. Plaintiff used Ageless Male as directed by Defendants.  Plaintiff did not experience any of the advertised benefits of Ageless Male. Plaintiff suffered injury in fact in the amount of the purchase price of Ageless Male and Plaintiff would not have purchased Ageless Male had he known that Defendants' claims about the product were false.  On April 23, 2012, Plaintiff notified Defendants pursuant to the CLRA of their false advertising of Ageless Male.

43.     Plaintiff Cohn is a member of the target market for Ageless Male. After viewing an advertisement for Ageless Male, Plaintiff Cohn purchased Ageless Male in New Jersey in or about March 2012 from Defendants' website for approximately $35.95 plus $6.99 shipping and handling.   Plaintiff purchased Ageless Male relying on Defendants' advertising claims.  Plaintiff used Ageless Male as directed by Defendants.  Plaintiff did not experience any of the advertised benefits of Ageless Male. Plaintiff suffered injury in fact and ascertainable loss in the amount of the purchase price of Ageless Male.   Plaintiff would not have purchased Ageless Male had he known that Defendants' claims about the product were false.

## CLASS ACTION ALLEGATIONS

44.     Plaintiffs bring this lawsuit on behalf of themselves and the proposed plaintiff Class members under Federal Rule of Civil Procedure 23(b)(2) and (b)(3).

45.     The proposed Classes are defined as:

**National Class**
All who individuals who purchased Ageless Male in the United States for personal use and not for resale during the time period April 2008

through the present.  Excluded from the Class are Defendants' officers, directors, and employees, and any individual who received remuneration from the Defendants to act as an endorser of Ageless Male.

**California Class**

All individuals who purchased Ageless Male in California for personal use and not for resale during the time period April 2008 through the present.  Excluded from the Class are Defendants' officers, directors, and employees, and any individual who received remuneration from the Defendants to act as an endorser of Ageless Male.

**New Jersey Class**

All individuals who purchased Ageless Male in New Jersey for personal use and not for resale during the time period April 2006 through the present.  Excluded from the Class are Defendants' officers, directors, and employees, and any individual who received remuneration from the Defendants to act as an endorser of Ageless Male.

46.     The Class comprises thousands of consumers throughout the United States, California, and New Jersey.  The Class are so numerous that joinder of all members of the Class is impracticable.  All of the dispositive questions of law and fact are common to the Class.  The common questions include:

a. whether Defendants' Ageless Male packaging, label, and advertising is false and deceptive;

b. whether the claims discussed above are untrue, or are misleading, or reasonably likely to deceive;

c. whether Defendants' conduct is fraudulent and/or violates public policy;

d. whether Defendants' engaged in unfair, unlawful and/or fraudulent business practices in labeling, marketing and distributing Ageless Male;

e. whether Defendants' knew or should have known that the representations were false;

f.  whether Defendants engaged in false advertising with respect to Ageless Male;

g.  whether Defendants' knowingly concealed material facts for the purpose of inducing unwary consumers into spending money on Ageless Male;

h.  whether Defendants' representations, concealments and non-disclosures concerning Ageless Male are likely to deceive the consumer;

i.  whether Defendants' representations, concealments and non-disclosures concerning Ageless Male violate the CLRA, FAL, and/or the UCL;

j.  whether Defendants' representations, concealments and non-disclosures concerning Ageless Male violate the New Jersey Consumer Fraud Act;

k.  whether Defendants should be permanently enjoined from making the claims at issue;

l.  whether Defendants have been unjustly enriched and,

m. whether Plaintiffs and the Class are entitled to restitution and damages.

47.    Plaintiffs' claims are typical of the claims of the proposed Class, and Plaintiffs will fairly and adequately represent and protect the interests of the proposed Class.  Plaintiffs do not have any interests which are antagonistic to those of the proposed Class.  Plaintiffs have retained counsel competent and experienced in the prosecution of this type of litigation.  The questions of law and fact common to the Class members, some of which are set out above, predominate over any questions affecting only individual Class members.

48.    A class action is the superior method for the fair and just adjudication of this controversy.  The expense and burden of individual suits makes it impossible

1    and impracticable for members of the proposed Class to prosecute their claims

2    individually.

3        49.    The trial and litigation of Plaintiffs and the proposed Class's claims are

4    manageable.    Defendants have acted and refused to act on grounds generally

5    applicable to the Class, making appropriate final injunctive relief and declaratory

6    relief with respect to the Class as a whole.

7        50.    Unless an injunction is issued, Defendants will continue to commit the

8    violations alleged herein, and the members of the proposed Class and the general

9    public will continue to be misled.

10       51.    If necessary, notice of this action may be affected to the proposed class

11   through publication in a manner authorized in the Federal Rules of Civil Procedure.

12

13                          **FIRST CAUSE OF ACTION**

14             **VIOLATION OF UNFAIR COMPETITION LAW**
                 **(CAL. BUS. & PROF. CODE § 17200, *et seq.*)**
15             **(Unlawful, Unfair, and Fraudulent Prongs of the Act)**

16       52.    Plaintiffs incorporate by this reference the allegations contained in the

17   preceding paragraphs as if fully set forth herein.

18       53.    Plaintiffs bring this claim individually and on behalf of the proposed

19   California Class against Defendants.

20       54.    California *Business and Professions Code* § 17200 prohibits any

21   "unfair, deceptive, untrue or misleading advertising." For the reasons discussed

22   above, Defendants have engaged in unfair, deceptive, untrue and misleading

23   advertising in violation of California *Business & Professions Code* §17200.

24       55.    As alleged herein, Plaintiffs have standing to pursue this claim as

25   Plaintiffs have suffered injury in fact and has lost money or property as a result of

26   Defendants' actions.  Specifically, Plaintiffs purchased Ageless Male for their own

27   personal use.  In so doing, Plaintiffs relied upon the false representations regarding

28   that Ageless Male referenced above.  Plaintiffs consumed Ageless Male as directed,

1    but did not experience any of the advertised benefits of Ageless Male. Plaintiffs
2    would not have purchased Ageless Male had he known that Defendants' claims
3    about the products were false.

4        56.    **Unlawful Business Practices:** The actions of Defendants, as alleged
5    herein, constitute illegal and unlawful practices committed in violation of the
6    *Business & Professions Code* §17200.

7        57.    Defendants' have committed unlawful business practices by, *inter alia*,
8    making the representations and omissions of material facts, as set forth more fully
9    herein, and violating California *Civil Code* §§ 1572, 1573, 1709, 1710, 1711, 1770,
10   *Business & Professions Code* § 17200 *et seq.*, *Business & Professions Code* §
11   17500, *et seq.*, and the common law.

12       58.    In addition, Defendants have unlawfully manufactured, packaged,
13   labeled, advertised, and/or distributed Ageless Male in violation of California
14   *Health & Safety Code*, which governs Defendants' conduct, in that Defendants have
15   disseminated false advertisements of Ageless Male, and that the product advertising
16   and packaging contain false or misleading statements as to the purported benefits of
17   Ageless Male in violation of *Bus. & Prof. Code* § 17500, *Civil Code* §1750, which
18   govern Defendant's conduct.  Defendants also violated the unlawful prong of the
19   UCL because their false advertising of Ageless Male, as set forth above, violates the
20   FTC Act (15 U.S.C. §45, *et seq.*).

21       59.    Plaintiffs and the Class reserve the right to allege other violations of
22   law which constitute other unlawful business acts or practices. Such conduct is
23   ongoing and continues to this date.

24       60.    **Unfair Business Practices**: California *Business & Professions Code* §
25   17200 also prohibits any "unfair ... business act or practice."

26       61.    Defendants' acts, omissions, misrepresentations, practices and non-
27   disclosures as alleged herein also constitute "unfair" business acts and practices
28   within the meaning of *Business & Professions Code* § 17200 et seq. in that its

1    conduct is substantially injurious to consumers, offends public policy, and is
2    immoral, unethical, oppressive, and unscrupulous as the gravity of the conduct
3    outweighs any alleged benefits attributable to such conduct.

4        62.    There were reasonably available alternatives to further Defendants'
5    legitimate business interests, other than the conduct described herein.

6        63.    **Fraudulent Business Practices**: California *Business & Professions*
7    Code § 17200 also prohibits any "fraudulent business act or practice."

8        64.    Defendants' claims, nondisclosures and misleading statements with
9    respect to Ageless Male, as more fully set forth above, were false, misleading and/or
10   likely to deceive the consuming public within the meaning of *Business &*
11   *Professions* Code § 17200.

12       65.    Defendants' conduct caused and continues to cause substantial injury to
13   Plaintiffs and the other Class members. Plaintiff has suffered injury in fact and has
14   lost money as a result of Defendants' unfair conduct.

15       66.    Pursuant to section 17203 of the California *Business and Professions*
16   *Code*, Plaintiffs and the Class seek an order of this court enjoining Defendants from
17   continuing to engage in unlawful, unfair, or deceptive business practices and any
18   other act prohibited by law, including  but not limited to: (a) selling, marketing, or
19   advertising Ageless Male with false representations set forth above; (b)  engaging in
20   any of the illegal, fraudulent, misleading, unlawful, unfair and/or deceptive conduct
21   described herein; and (c) engaging in any other conduct found by the Court to be
22   illegal, fraudulent, misleading, unlawful, unfair and/or deceptive conduct.

23       67.    In addition, Plaintiffs request that this Court enter such orders or
24   judgments as may be necessary to restore to any person in interest any money which
25   may have been acquired by means of such illegal practices as provided in *Bus. &*
26   *Prof.* Code § 17203, and for such other relief as set forth below.

27       68.    Plaintiffs engaged counsel to prosecute this action and are entitled to
28   recover costs and reasonable attorney's fees according to proof at trial.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SECOND CAUSE OF ACTION

### FALSE AND MISLEADING ADVERTISING
#### (CAL. BUS. & PROF. CODE § 17500, *et seq.*)

69.     Plaintiffs incorporate by this reference the allegations contained in the preceding paragraphs as if fully set forth herein.

70.     Plaintiffs bring this claim individually and on behalf of the proposed California Class against Defendants.

71.     As alleged herein, Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and has lost money or property as a result of Defendants' actions.  Specifically, Plaintiffs purchased Ageless Male for their own personal use.  In so doing, Plaintiffs relied upon the false representations regarding that Ageless Male referenced above.  Plaintiffs consumed Ageless Male as directed, but did not experience any of the advertised benefits of Ageless Male. Plaintiffs would not have purchased Ageless Male had he known that Defendants' claims about the products were false.

72.     Defendants violated *Business & Professions Code* § 17500 by publicly disseminating false, misleading, and unsubstantiated advertisements regarding Ageless Male.

73.     Defendants' false, misleading and unsubstantiated advertisements were disseminated to increase the sales of Ageless Male.

74.     Defendants knew or should have known that their advertisements for Ageless Male were false, misleading and unsubstantiated and that those advertisements would induce consumers to purchase Ageless Male. Such advertisements have deceived and are likely to deceive the consuming public, in violation of *Business & Professions Code* § 17500.

75.     Furthermore, Defendants publicly disseminated the false, misleading and unsubstantiated advertisements as part of a plan or scheme and with the intent to

1  sell the products which are not scientifically "as advertised".

2  76.  Plaintiffs and the members of the Class have suffered harm as a result

3  of these violations of the FAL because they have incurred charges and/or paid

4  monies for Ageless Male that they otherwise would not have incurred or paid.

5  77.  Defendants are aware, or by the exercise of reasonable care should

6  have been aware, that the representations were untrue or misleading.

7  78.  Plaintiffs and the members of the Classes have suffered injury in fact

8  and have lost money as a result of Defendant's false representations and false

9  advertising.

10  79.  Pursuant to *Business & Professions Code* § 17535, Plaintiffs and the

11  members of the putative Class seek an order of this Court enjoining Defendant from

12  continuing to engage, use, or employ their practice of advertising the sale and use of

13  Ageless Male.

14  80.  Likewise, Plaintiffs and the members of the putative Class seek an

15  order requiring Defendant to disclose such misrepresentations, and additionally

16  request an order awarding Plaintiffs and other members of the putative class

17  restitution of the money wrongfully acquired by Defendants by means of

18  responsibility attached to Defendants' failure to disclose the existence and

19  significance of said misrepresentations.

20  81.  Plaintiffs engaged counsel to prosecute this action and are entitled to

21  recover costs and reasonable attorney's fees according to proof at trial.

22  **THIRD CAUSE OF ACTION**

23  **VIOLATION OF CALIFORNIA LEGAL REMEDIES ACT**
**(CAL. CIV. CODE § 1750 et seq.)**

24  82.  Plaintiffs incorporate by this reference the allegations contained in the

25  preceding paragraphs as if fully set forth herein.

26  83.  Plaintiffs bring this claim individually and on behalf of the proposed

27  California Class against Defendants.

28  84.  As alleged herein, Plaintiffs have standing to pursue this claim as

1  Plaintiffs have suffered injury in fact and has lost money or property as a result of
2  Defendants' actions.  Specifically, Plaintiffs purchased Ageless Male for their own
3  personal use.  In so doing, Plaintiffs relied upon the false representations regarding
4  that Ageless Male referenced above.  Plaintiffs consumed Ageless Male as directed,
5  but did not experience any of the advertised benefits of Ageless Male. Plaintiffs
6  would not have purchased Ageless Male had he known that Defendants' claims
7  about the products were false.

8      85.    Plaintiffs have standing to pursue this claim as Plaintiffs have suffered
9  injury in fact and have lost money or property as a result of Defendants' actions as
10  set forth herein.

11     86.    Defendants have violated and continue to violate the CLRA by
12  engaging in the following practices proscribed by California Civil Code §1770(a) in
13  transactions with Plaintiff and the Class which were intended to result in, and did
14  result in, the sale of Ageless Male: §1770(a) (5) Representing that [Ageless Male
15  have] ... characteristics, ... uses [or] benefits ... which [it does] not have ... .  and
16  §1770(a) (7) Representing that [Ageless Male are] of a particular standard, quality
17  or grade ... if [it is] of another.

18     87.    Defendants violated the CLRA by representing through the
19  advertisements of Ageless Male as described above, when they knew, or should
20  have known, that the representations and advertisements were unsubstantiated, false
21  and misleading.

22     88.    Plaintiffs and the members of the putative Class have each been
23  directly and proximately injured by the conduct of Defendants, and such injury
24  includes payment for units of Ageless Male they purchased.

25     89.    Pursuant to *Civil Code* Section 1782(a) Plaintiff's counsel notified
26  Defendants as required by Civil Code Section 1782(a) of the violations alleged
27  herein on April 23, 2012.

28     90.    Defendants' wrongful business practices constituted, and constitute, a

1  continuing course of conduct in violation of the CLRA. Pursuant to *Civil Code* §

2  1782(d), Plaintiffs and the Class seek a Court order enjoining the above-described

3  wrongful acts and practices of Defendants along with any other conduct found by

4  the Court to be illegal, fraudulent, misleading, unlawful, unfair and/or deceptive

5  conduct.

6     91.   Plaintiffs engaged counsel to prosecute this action and are entitled to

7  recover costs and reasonable attorney's fees according to proof at trial.

8                     **FOURTH CAUSE OF ACTION**

9                              **FRAUD**

10    92.   Plaintiffs incorporate by this reference the allegations contained in the

11  preceding paragraphs as if fully set forth herein.

12    93.   Plaintiffs bring this claim individually and on behalf of the proposed

13  Nationwide Class against Defendants.

14    94.   Defendants represented, in a single, consistent and uniform manner, the

15  alleged benefits of Ageless Male.

16    95.   Defendants' statements about Ageless Male as set forth more fully

17  above are false.

18    96.   Defendants knew or should have known that the representations set

19  forth herein were false when such representations were made and/or made the

20  representations recklessly and without regard for the truth.

21    97.   Plaintiffs and the Class reasonably relied upon Defendants' false

22  representations in purchasing Ageless Male.

23    98.   Defendants' misleading and fraudulent conduct was knowing,

24  deliberate, wanton, willful, oppressive and undertaken in conscious disregard of, and

25  with reckless indifference to, Plaintiff and members of the Class' interest, and

26  otherwise of the character warranting the imposition of punitive damages pursuant

27  to section 3294 of the Civil Code.

28    99.   Plaintiffs and the Class suffered real economic losses and harm as a

1   result of Defendants' intentional misrepresentations and active concealment, as set

2   forth specifically herein.

3       100.   Plaintiffs' and the Class' reliance on Defendants' representations were

4   a substantial factor in causing the harm to Plaintiffs and the Class.

## FIFTH CAUSE OF ACTION

### VIOLATION OF NEW JERSEY CONSUMER FRAUD ACT
### (N.J.S.A. § 56:8-1, et seq.)

8       101.   Plaintiffs incorporate by this reference the allegations contained in the

9   preceding paragraphs as if fully set forth herein.

10       102.   Plaintiff Cohn brings this claim individually and on behalf of the

11   proposed New Jersey Class against Defendants.

12       103.   This Cause of Action arises under the New Jersey Consumer Fraud

13   Act, N.J.S.A. § 56:8-1, et seq., and is brought on behalf of the Plaintiffs and

14   members of the New Jersey Class pursuant to §§ 56:8-19 and 56:8-2.12 of the Act.

15       104.   Section 56:8-2 provides, in relevant part:

16   The act, use or employment by any person of any unconscionable
17   commercial practice, deception, fraud, false pretense, false promise,
     misrepresentation, or the knowing, concealment, suppression, or omission of
18   any material fact with intent that others rely upon such concealment,
     suppression or omission, in connection with the sale or advertisement of any
19   merchandise or real estate, or with the subsequent performance of such
     person as aforesaid, whether or not any person has in fact been misled,
20   deceived or damaged thereby, is declared to be an unlawful practice . . .

21       105.   Plaintiff and other members of the Class are consumers who

22   purchased consumer goods (Ageless Male)  pursuant to a consumer transaction for

23   personal use and are, therefore, subject to protection under the New Jersey

24   Consumer Fraud Act, N.J.S.A. § 56:8-1, et seq.

25       106.   Defendant manufactured, sold, distributed and/or advertised the

26   Ageless Male and is subject to liability under such legislation for unfair, deceptive,

27   fraudulent and unconscionable consumer sales practices.

28

BESHADA
FARNESE LLP

CLASS ACTION COMPLAINT

107.   The acts, practices, misrepresentations, concealments, and omissions of material facts by Defendant made in connection with the sale and advertisement of Ageless Male, and with the intent that others rely upon such concealment, suppression and omission, constitute unlawful practices within the meaning of the New Jersey Consumer Fraud Act.

108.   Defendant engaged in unlawful practices by marketing and selling Ageless Male with claims that the product is clinically proven and that it can boost testosterone, when, in fact, it cannot.

109.   Defendant engaged in unconscionable practices by marketing and selling Ageless Male with claims that the product is clinically proven and that it can boost testosterone, when, in fact, it cannot.

110.   As a result of the use and employment by Defendants of the unlawful acts, Plaintiff and the other New Jersey Class members have suffered an ascertainable loss of money or property and have been damaged thereby.

111.   Plaintiffs and the other members of the Class would not have purchased the Ageless Male if Defendant had disclosed that the product was not clinically proven and cannot boost testosterone, cause increased energy, increased muscle mass, improved mood, increased focus, improved sex drive, and weight loss.

112.   Under N.J.S.A.  §§ 56:8-2.11, 56:8-2.12 and 56:8-19, Plaintiffs and the other Class members are entitled to a refund of all moneys acquired by Defendant by means of the unlawful practices alleged above, as well as compensatory damages, including treble damages, attorneys' fees, and cost of suit.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, on behalf of themselves and as a representatives of all other persons similarly situated, prays for judgment against Defendants, as follows:

1.      An order certifying that the action may be maintained as a Class Action;

2.      An order enjoining Defendants from pursuing the policies, acts, and practices complained of herein.

3.      An order requiring Defendants to pay restitution to Plaintiff and all members of the Class;

4.      An order requiring Defendants to pay actual damages to Plaintiff and all members of the Class;

5.      An order requiring Defendants to pay actual damages to Plaintiff and all members of the Class, trebled in accordance with the New Jersey Consumer Fraud Act;

6.      An order requiring Defendants to pay punitive damages to Plaintiff and all members of the Class;

7.      For pre-judgment interest from the date of filing this suit;

8.      For reasonable attorneys' fees;

9.      Costs of this suit; and,

10.     Such other and further relief as the Court may deem necessary and appropriate.

DATED: May 30, 2012              **BESHADA FARNESE LLP**

                                 By: _____
                                     Peter J. Farnese
                                     Attorneys for Plaintiffs

1   <u>**DEMAND FOR JURY TRIAL**</u>

2   Plaintiffs demand a trial by jury as to all claims for which the right to jury

3   trial is provided.

4

5   DATED: May 30, 2012          **BESHADA FARNESE LLP**

6

7                               By: _____

8                                   Peter J. Farnese
                                    Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF PETER J. FARNESE

## RE: PROPER VENUE [CAL. CIV. CODE § 1780(d)]

I, Peter J. Farnese, do hereby declare and state as follows:

1.      I am Partner at the law firm of Beshada Farnese LLP, counsel of record for Plaintiffs Mitchel Burmeister and Joel Cohn ("Plaintiffs") and am licensed to practice before all courts in the State of California.  I have personal knowledge of all of the facts stated herein, and if called to testify as a witness, I could and would competently testify to them.

2.      Pursuant to Cal. Civ. Code §1780(d) this Court is proper for trial of this action because Defendants are doing business in Los Angeles County, and Plaintiff Burmeister resides in Los Angeles County.


I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this Declaration was executed on May 30, 2012, at Los Angeles, California.

_____
Peter J. Farnese

CLASS ACTION COMPLAINT

BESHADA
FARNESE LLP

# EXHIBIT A

# EXHIBIT A

EXHIBIT
27

INTERNET ARCHIVE
WaybackMachine BETA

http://www.newvitality.com/shop/ageless-male.aspx    Go

1 captures
30 Jun 11 - 30 Jun 11

MAY    JUL
◄ 30 ►
2010    2012

Close
Help

Home | Account Login | Account Options | Newsletter Sign up | Contact Us | Shopping Cart

Search   **1-888-997-2941**

New Arrivals | Best Sellers | Health Concerns | Vitamins & Minerals | Herbal Supplements | Diet & Weight Loss | Skin Care & Beauty | About Us

Home ► All Products ► Ageless Male™



## Ageless Male™

All natural dietary supplement clinically proven to increase testosterone levels by 50%, but still within a normal healthy range.

## Helps Support Normal Testosterone Levels, Which in Turn, Helps Support:

- **Healthy Sex Drive***
- **Energy Production***
- **Positive Mood***
- **Lean Muscle***
- **Strong Bones***
- **Concentration***
- **More Zest for Life!**



**Listen to the Expert!**
Jacob Rosenstein, MD, FACS

Jacob Rosenstein, MD, FACS is trained and credentialed in the field of Age Management Medicine. He is the Medical Director of the Rosenstein Center for Youthful Aging in Arlington, Texas.

Get free money-saving coupons, immediate product discounts, and health tips delivered right to your inbox!

Enter your email address    SIGN UP

### Order Ageless Male Now!
### Pick Your Quantity, Pick Your Savings!

Sign up for Super Saver and Receive a FREE BOTTLE of Vitamin D!

1 Bottle - Super Saver - $39.95

BUY NOW AND SAVE!

*Friendly Service*
**Open 24/7**
*Call Us Now!*

About Ageless Male | Benefits | Ingredients | FAQs

## Ageless Male

### The Wisdom of Years...the Vitality of Youth

Men, have you been losing muscle size and strength while gaining more body fat? How about a low sex drive? And your state of mind? Are you more irritable, moody? If you're having these symptoms you could be suffering from a drop in testosterone. Low testosterone is very common as you age but now you can do something about it. Ageless Male is an all natural dietary supplement clinically demonstrated to increase testosterone levels by 50%, but still within a normal healthy range. Ageless Male may also help reduce the harmful hormones like DHT and estradiol that build up in a man's body over time. With Ageless Male you can support healthy hormonal balance. Give your testosterone levels a boost naturally. Ageless Male does not require injections, gels or appointments.

**Click Here for Details**

### What is Andropause?

Over time the majority of men deal with one or more of the symptoms of andropause. Andropause, a natural life process referring to a set of symptoms that are often grouped together under the heading of male menopause. Many of the symptoms are connected to physical origins, such as the decline of testosterone production. Maybe you're experiencing some of the effects of low testosterone: you're losing muscle and gaining fat; your sex drive is not the same; you feel mentally down and you lack energy. Ageless Male is an all natural supplement that supports healthy testosterone levels still within a safe normal range. In research, Ageless Male helped increase testosterone levels by 50% without synthetic injectibles, gels or creams.

### Don't Let this Happen to You:

Feeling tired, out of sorts, less enthusiasm for work and play, even sex. You're not the guy you used to be. You used to be a lot of fun. You had plenty of energy at work, at play, and in your personal life. Well, it may not be your fault. Ageless Male will help get your testosterone levels back to a normal healthy range. You'll be more of the guy you used to be and don't be surprised...if she notices too!

BUY NOW!   ◄◄ Customers Reviews | Benefits ►►

## Here are the Key Benefits of Ageless Male:

- Helps support healthy testosterone levels already within normal ranges
- In research, helped increase testosterone levels by 50%, still within a safe, physiological range

EXHIBIT
28

May help support healthy hormonal balance in men

...help reduce the conversion of testosterone into estrogen

...research, helped reduce the conversion of testosterone to DHT by 16%

30 Jun 11 - 30 Jun 11

| Go | MAY | JUL | Close |

2010     2012

Help

**BUY NOW!** ◄◄About Ageless Male | Ingredients ►►

## Ingredients in Ageless Male

### Supplement Facts

**Serving Size:** 2 softgels
**Servings Per Container:** 30

| Amount Per Serving | %Daily Value |
| --- | --- |
| Calories 10 | |
| Calories from Fat 10 | |
| Total Fat | 1 g | * |
| Re-Settin® proprietary blend      800 mg<br>saw palmetto berry extract<br>(85-95% fatty acids) and astaxanthin | ** |

\* Percent Daily Value is Based upon a 2,000 calorie diet.
\*\* Daily Value not established.

**Other Ingredients:** Glycerin, water, gelatin.
Re-Settin® is a registered trademark of Triarco Industries
U.S. Patent 6,227,417

**BUY NOW!** ◄◄Benefits | FAQs ►►

## Ageless Male

**Frequently Asked Questions**

**Q. What is andropause?**
A. Andropause, a natural life process, refers to a set of symptoms that are often grouped together under the heading of male menopause. Many of the symptoms are connected to physical origins, such as the decline of testosterone production.

**Q. What are the chances of having low testosterone?**
A. Most men begin losing testosterone by their late 30's and continue to lose testosterone at a rate of 1-3 percent each year. Testosterone levels can also be affected by lifestyle factors such as poor diet and smoking, use of certain medications, and environmental toxins.

**Q. How do I know if I have andropause or low testosterone?**
A. You're losing muscle and gaining fat; you're sex drive is not the same; you feel mentally down and you lack energy. You may become irritable and experience a loss of focus and concentration. Of course, you can also have your testosterone blood levels tested by your doctor.

**Q. Why should I consider Ageless Male?**
A. The ingredient in Ageless male has been shown in a published human study to help increase testosterone levels within a safe range. Ageless Male is all natural and in research was shown to be safe without significant side effects. In fact, Ageless Male has been shown to lower problematic hormones in men such as DHT and estradiol.

**Q. What can I expect Ageless Male to do for me?**
A. In the published human study, the ingredient in Ageless Male helped increase testosterone levels by 50%, while still staying within the normal range. This boost in testosterone may help support a healthy sex drive, energy production, positive mood and lean muscle mass.

**Q. What is the key ingredient in Ageless Male?**
A. It's called Re-Settin and it's a precise combination of the carotenoid astaxanthin from Haematococcus pluvialis and Saw Palmetto berry lipid extract from Serenoa repens. When administered to healthy adults, the average mean testosterone levels increased from a baseline level of 6,241.5 pg/mL to over 10,000 pg/mL. The human clinical study on Re-Settin was published in the Journal of the International Society for Sports Nutrition.

**BUY NOW!** ◄◄Ingredients |

### TRY AGELESS MALE RISK FREE!

**100% Satisfaction Guarantee**
You may use Ageless Male for 30-days absolutely risk free. If you do not see or feel the results, simply return the bottle of Ageless Male and you'll receive a prompt and complete refund of your purchase price less shipping and handling. No questions or explanations required...your complete satisfaction is guaranteed.

**Information on Ageless Male**
For additional information about Ageless Male, call 1-888-997-2941 and a friendly, knowledgeable New Vitality representative will be glad to answer any questions you have concerning the benefits of Ageless Male.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.*

EXHIBIT
29

INTERNET ARCHIVE

1 captures
30 Jun 11 - 30 Jun 11

Go     MAY     JUL     Close
        ◄       ►
       2010    2012    Help

Supported
Contributing
Since:
*2004 - 2010*

Home  |  New Arrivals  |  Best Sellers  |  Health Concerns  |  Vitamins & Minerals  |  Herbal Supplements  |  Diet & Weight Loss  |  Skin Care & Beauty  |
Account Options  |  Contact Us  |  Careers  |  Newsletter Signup  |  Panel of Experts  |  Web Specials  |  Shopping Cart
Super Saver Program  |  Guarantee  |  Frequently Asked Questions  |  About Us  |  Sitemap  |  Privacy Policy  |  Terms & Conditions

© Copyright 2011 New Vitality, 260 Smith Street, Farmingdale, NY 11735 | All Rights Reserved
Toll Free: 888-997-2941 | Email: CustomerCare@NewVitality.com
www.NewVitality.com

EXHIBIT
30

# EXHIBIT B

# EXHIBIT B

EXHIBIT
31

# Journal of the International Society of Sports Nutrition

**BioMed** Central

Research article

**Open Access**

# An open label, dose response study to determine the effect of a dietary supplement on dihydrotestosterone, testosterone and estradiol levels in healthy males

Fru Angwafor III[†1] and Mark L Anderson*[†2]

Address: ¹Yaounde Teaching Hospital, Head of Urological Service Department, University of Yaounde, Cameroon and ²Director of Research & Development, Triarco Industries, Inc. 400 Hamburg Turnpike, Wayne, NJ, 07418, USA

Email: Fru Angwafor - fruangwafor@hotmail.com; Mark L Anderson* - mark.anderson@triarco.com

* Corresponding author    †Equal contributors

Published: 12 August 2008

*Journal of the International Society of Sports Nutrition* 2008, **5**:12   doi:10.1186/1550-2783-5-12

This article is available from: http://www.jissn.com/content/5/1/12

Received: 12 May 2008
Accepted: 12 August 2008

© 2008 Angwafor and Anderson; licensee BioMed Central Ltd.

This is an Open Access article distributed under the terms of the Creative Commons Attribution License (http://creativecommons.org/licenses/by/2.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

## Abstract

**Background:** Maintaining endogenous testosterone (T) levels as men age may slow the symptoms of sarcopenia, andropause and decline in physical performance. Drugs inhibiting the enzyme 5α-reductase (5AR) produce increased blood levels of T and decreased levels of dihydrotestosterone (DHT). However, symptoms of gynecomastia have been reported due to the aromatase (AER) enzyme converting excess T to estradiol (ES). The carotenoid astaxanthin (AX) from *Haematococcus pluvialis*, Saw Palmetto berry lipid extract (SPLE) from *Serenoa repens* and the precise combination of these dietary supplements, Alphastat® (Mytosterone(™)), have been reported to have inhibitory effects on both 5AR and AER in-vitro. Concomitant regulation of both enzymes in-vivo would cause DHT and ES blood levels to decrease and T levels to increase. The purpose of this clinical study was to determine if patented Alphastat® (Mytosterone(™)) could produce these effects in a dose dependent manner.

**Methods:** To investigate this clinically, 42 healthy males ages 37 to 70 years were divided into two groups of twenty-one and dosed with either 800 mg/day or 2000 mg/day of Alphastat® (Mytosterone(™)) for fourteen days. Blood samples were collected on days 0, 3, 7 and 14 and assayed for T, DHT and ES. Body weight and blood pressure data were collected prior to blood collection. One-way, repeated measures analysis of variance (ANOVA-RM) was performed at a significance level of alpha = 0.05 to determine differences from baseline within each group. Two-way analysis of variance (ANOVA-2) was performed after baseline subtraction, at a significance level of alpha = 0.05 to determine differences between dose groups. Results are expressed as means ± SEM.

**Results:** ANOVA-RM showed significant within group increases in serum total T and significant decreases in serum DHT from baseline in both dose groups at a significance level of alpha = 0.05. Significant decreases in serum ES are reported for the 2000 mg/day dose group and not the 800 mg/day dose group. Significant within group effects were confirmed using ANOVA-2 analyses after baseline subtraction. ANOVA-2 analyses also showed no significant difference between dose groups with regard to the increase of T or the decrease of DHT. It did show a significant dose dependant decrease in serum ES levels.

**Conclusion:** Both dose groups showed significant (p = 0.05) increases in T and decreases in DHT within three days of treatment with Alphastat® (Mytosterone(™)). Between group statistical analysis showed no significant (p = 0.05) difference, indicating the effect was not dose dependent and that 800 mg/per day is equally effective as 2000 mg/day for increasing T and lowering DHT. Blood levels of ES however, decreased significantly (p = 0.05) in the 2000 mg/day dose group but not in the 800 mg/day dose group indicating a dose dependant decrease in E levels.

EXHIBIT
32

Page 1 of 7
*(page number not for citation purposes)*

*Journal of the International Society of Sports Nutrition* 2008, 5:12        http://www.jissn.com/content/5/1/12

## Background

The process of male aging is associated with a slow progressive decrease in serum testosterone (T) levels as a result of decreased production. It has been designated as T deficiency syndrome (TDS) by the International Society of Andrology (ISA), International Society for the Study of the Aging Male (ISSAM) and European Association of Urology (EAU) [1-3]. Its clinical features can be described as a combination of sarcopenia and andropause leading to a decline in physical performance [4]. Maintaining endogenous T levels as the male ages may slow the symptoms of sarcopenia characterized by muscle erosion, loss of muscle strength and bone mineral density. It may also play a key role in eliminating the symptoms of andropause, characterized by sexual dysfunction, lack of energy, increased cognitive impairment and decreased general well being [5-7]. Avoiding or slowing these symptoms is important for staying healthy and competitive as life expectancy increases. Many of them can be alleviated by T replacement therapy either transdermally or by injection however, they are only available by prescription because of the potential risks of this treatment [5]. T is converted to either dihydrotestosterone (DHT) by the enzyme 5α-reductase (5AR) or estradiol (ES) by the aromatase (AER) enzyme. Recent studies have shown that DHT administered to orchidectomized mice resulted in increased high-density lipoprotein cholesterol and triglyceride levels [8]. DHT is also implicated in the etiology of benign prostate hyperplasia (BPH) which is regarded as a global health problem in men over 50 years of age [9]. Elevated levels of DHT, prostate specific antigen (PSA) and symptoms of BPH are commonly treated with a 5AR inhibitor which reduces the amount of T converted to DHT [10]. However, 5AR inhibitors produce increased blood levels of ES and have been reported to cause symptoms of gynecomastia [11]. Therefore, a dietary supplement that increases endogenous levels of T while decreasing levels of DHT and ES may be very useful for maintaining physical performance and alleviating the conditions of andropause and sarcopenia while decreasing the risk of BPH.

Recent in-vitro studies report that the carotenoid Astaxanthin (AX) from *Haematococcus pluvialis* is a more potent inhibitor of 5AR than the Saw Palmetto berry lipid extract (SPLE) from *Serenoa repens*. When AX is combined with SPLE in specific amounts as (Mytosterone(™)), it showed a greater inhibition of 5AR than SPLE alone [12]. Further, in-vitro assays show that AX inhibits the AER enzyme which converts T to ES [13]. Therefore, we hypothesize that a precise combination of AX and SPLE, Alphastat® (Mytosterone(™)), would regulate the inhibitory activity of both 5AR and AR enzymes in-vivo. Concomitant regulation of both enzymes would cause DHT and ES blood levels to decrease and T levels to increase in a dose dependant manner.

To investigate this, two groups of 21 healthy male participants between the ages of 40 and 70 years were dosed with either 800 or 2000 mg of Alphastat® (Mytosterone(™)) per day over a two week period. Serum levels of T, DHT and ES were analyzed to determine changes in hormone levels.

## Methods

### Study design

This design was a single centre, prospective, open-label, dose comparison clinical study. Two groups of healthy, male subjects were dosed with either 800 mg/day or 2000 mg/day of a precise combination of AX and SPLE (Alphastat® (Mytosterone(™)), Triarco Industries, Wayne, NJ) for 14 consecutive days. Subjects were assigned to dose groups in an alternating manner based on arrival time. Serum levels of T, DHT and ES were used to investigate differences between the two dose groups. Since the purpose of the study was to compare the differences between a high dose and a low dose from baseline values, a control group was not used. Blood samples were drawn at approximately the same time of day to minimize any diurnal variations in hormone levels.

### Subjects

Two groups of twenty-one healthy, males ages 37–70 years volunteered for this study. The ages of the 800 mg/day dose group ranged from 37 years to 67 years with an average of 55.6 years and body weight ranged from 68.4 kg to 102.5 kg with an average of 80.3 kg. The ages of the 2000 mg/day dose group ranged from 53 years to 70 years with an average of 61 years and body weight ranged from 67.9 kg to 95.3 kg with an average of 84.8 kg. Inclusion criteria required subjects to have a PSA lower than 10.1 ng/ml, and pass a compliance screening test and a health screen for malaria, diabetes and ailments mentioned in the exclusion criteria. Exclusion criteria included any cases of moderately severe co-morbid disease including cardiac, pulmonary, renal, hepatic, or active cancer, BPH with complications, abnormal digital rectal examination (DRE), active prostate cancer or history of acute bacterial prostatitis. Also excluded were individuals taking, or who had taken within the past 30 days, any dietary supplements containing saw palmetto or astaxanthin. There were no food or exercise requirements or restrictions. Participants were advised and encouraged to maintain their current dietary intake and exercise habits throughout the study period to prevent changes in either from interfering with the study results. This study was approved by the University of Yaoundé I Teaching Hospital Review Board and the Cameroon Research Ethics Committee. All subjects enrolled in the study completed a written Institutional Review Board (IRB)-approved informed consent and were examined by an urologist at the hospital.

EXHIBIT
33

Page 2 of 7
*(page number not for citation purposes)*

*Journal of the International Society of Sports Nutrition* 2008, 5:12                    http://www.jissn.com/content/5/1/12

### Dose protocol

The low dose group (n = 21) ingested two 400 mg capsules per day, one in the morning and one in the evening. The high dose group (n = 21) ingested five 400 mg capsules per day, 2 in the morning, 1 in the afternoon and 2 in the evening. All capsules were taken with 8–12 oz of water.

### Diet

There were no diet protocol or diet log requirements however, participants were advised and encouraged to maintain their current dietary intake habits throughout the study period in order to prevent changes in dietary intake confounding the study results.

### Sample collection

Blood samples were collected between 8 am and 10:30 AM on the sampling days. Sample collection was conducted at the hospital using red capped Vacutainer® tubes and centrifuged to produce serum. All tubes were coded, refrigerated and sent to the Laboratory of Nutrition and Nutritional Biochemistry for analyses.

### Serum analyses

Serum levels of T, DHT, and ES were determined using separate commercial ELISA test kits (Alpha Diagnostics, San Antonio, USA). All reference standards, controls and serum samples were dispensed at room temperature. All test kits have been designed and tested for human serum samples.

### DHT determination in serum

A 50 μL aliquot of each standard, control and sample were dispensed into separate antibody coated wells of the strip plate. DHT – Horseradish peroxidase (HRP) conjugate solution (100 μL) was then dispensed into each well, the plates covered and incubated at room temperature for 60 minutes with gentle shaking. Following incubation the plate was aspirated and washed three times with approximately 300 μL diluted wash buffer. HRP-substrate solution, Tetramethylbenzidine (TMB) (150 μL) was then added into each well, the plates covered and incubated at room temperature for 10 minutes with gentle shaking (approximately 200 rpm) to develop a blue color. Stopping solution (50 μL) was then added into each well and the plates mixed gently as the blue color turned yellow. The concentration of each well was determined by absorbance measured at 450 nm. Within run variations in control values of greater than +/- 20% required reanalysis. The specificity of DHT ELISA kit was determined by measuring interference from high concentrations of the following: DHT 100%; T, 8.7%; 5-beta-DHT, 2%; Androstenedione, 0.2%; Dehydroepiandrosterone sulfate, 17-beta-estradiol, Estriol, Estrone, Progesterone, 17-OH-Progesterone, Cortical pregnenolone < 0.01%.

### ES determination in serum

A 50 μL aliquot of each standard, control and sample were dispensed into separate anti-Mouse IgG coated wells of the strip plate. ES-HRP conjugate solution (100 μL) was then added into each well. The plate was covered and incubated at room temperature for 60 minutes with gentle shaking. Following incubation the plate was aspirated and washed three times with approximately 250 μL diluted wash buffer. HRP substrate, TMB solution (150 μL) was added to each well, the plates covered and incubated at room temperature for 10 minutes with gentle shaking to develop a blue color. Stopping solution (50 μL) was then added into each well and the plates mixed gently as the blue color turned yellow. The concentration of each well was determined by absorbance measured at 450 nm. Within run variations in control values of greater than +/- 20% required reanalysis. The ES antibody used in this kit is very sensitive and specific. The following compounds were tested for cross reactivity of the assay: ES (100%), Estriol and Estrone (1%), Progesterone, and Cortisol (0.1%).

### Total T determination in serum

A 10 μL aliquot of each standard, control and sample were dispensed into the appropriate wells and rabbit polyclonal antibody solution into all wells of the strip plate. Enzyme conjugate solution (50 μL) was then added to each well. The plate was covered and incubated at room temperature for 60 minutes with gentle shaking. Following incubation the plate was aspirated and washed 3 times with approximately 250 μL diluted wash buffer. HRP substrate Solution A (100 μL) and HRP substrate Solution B (100 μL) was added to each well. The plate covered and incubated at room temperature for 30 minutes with gentle shaking. Stopping solution (50 μL) was then added into each well and the plates mixed gently as the blue color turned yellow. The concentration of each well was determined by absorbance measured at 450 nm. Within run variations in control values of greater than +/- 20% required reanalysis. The rabbit polyclonal antibody used in this kit is very sensitive and specific for T. The following compounds were tested for cross-reactivity of the assay: T (100%), 5-a-dihydrostestosterone (9.6%), Androstenedione (1.7%), 11-oxystestosterone (1.5%), Epiandrosterone (0.06%). The following compounds had negligible cross-reactivity: 5-beta-DHT, 5-a-androstan-3-a, 17b-estradiol, 17b-Diol, 5-a-androstan-3, 17 dione, Androsterone, Cortisol, Dehydroepiandrosterone, Estriol, Estrone, Progesterone, Corticosterone, Danazol, 11-b-hydroxytestosterone.

### Statistical analysis

All significance and power testing on results was done at a level of alpha = 0.05. Within group analyses was performed on T, DHT and ES levels between baseline and

EXHIBIT
34

Page 3 of 7
*(page number not for citation purposes)*

*Journal of the International Society of Sports Nutrition* 2008, **5**:12                    http://www.jissn.com/content/5/1/12

each time point, within each dose group using one-way repeated measures analysis of variance (ANOVA-RM). Two-way analysis of variance (ANOVA-2) was performed on T, DHT and ES levels between each dose group after baseline subtraction. Results are expressed as means ± SEM. Statistics were performed using a commercially available software program (Origin® for Windows, version 8.0).

## Results

### Body weight and tolerance
The mean baseline body weight was 80.3 kg in the 800 mg/day dose group and 84.8 kg in the 2000 mg/day dose group. There was no significant change in mean body weight over the 14 day treatment period in either dose group. Both doses of Alphastat® (Mytosterone(™)) were well tolerated and no adverse events reported.

### Blood pressure
The mean baseline systolic blood pressure (SBP) was 142 mmHg in the 800 mg/day dose group and 137 mmHg in the 2000 mg/day dose group. No significant (p = 0.05) changes in mean SBP from baseline values were reported in the 800 mg/day dose group. In the 2000 mg/day group SBP was reported to be significantly (p < 0.05) below baseline values on day 3, day 7 and day 14. The mean baseline Diastolic blood pressure (DBP) was 71.5 mmHg in the 800 mg/day dose group and 66.9 mmHg in the 2000 mg/day dose group. DBP was reported to be significantly (p < 0.05) below baseline values on day 7 and day

14 in both the 800 mg/day dose group and 2000 mg/day dose group.

### Serum T levels
The mean baseline level of serum total T in the 800 mg/day dose group of 21.64 nmol/L was significantly (p = 0.05) different than the baseline level of 26.26 nmol/L in the 2000 mg/day dose group. ANOVA-RM of the 800 mg/day dose group showed the mean level of T was significantly (p < 0.05) greater than the mean baseline level at day 7 and day 14. ANOVA-RM of the 2000 mg/day dose group showed the mean level of T was significantly (p < 0.05) greater than the mean baseline level at day 3, day 7 and day 14. ANOVA-2 comparison, after baseline subtraction, between the 800 mg/day dose group and the 2000 mg/day dose group showed the interaction between time points to be significant (p = 0.05) reaching a statistical significance of 1.0. Comparison of means between dose groups showed no significant (p = 0.05) interaction reaching a statistical power of 0.51 (Figure 1).

### Serum DHT levels
The mean baseline level of serum DHT in the 800 mg/day dose group of 2.79 nmol/L was significantly (p = 0.05) different than the baseline level of 2.34 nmol/L in the 2000 mg/day dose group. ANOVA-RM of the 800 mg/day dose group showed the mean level of DHT was significantly (p < 0.05) less than the mean baseline level at day 3, day 7 and day 14. ANOVA-RM of the 2000 mg/day dose group showed the mean level of DHT was significantly



**Figure 1**
**Serum Total Testosterone**. Effect of Alphastat© (Mytosterone(™)) on total testosterone levels (nmol/L). Values are means (+/- SEM), * indicates significant difference from baseline value (p ≤ 0.05).

EXHIBIT
35

Page 4 of 7
*(page number not for citation purposes)*

*Journal of the International Society of Sports Nutrition* 2008, **5**:12                    http://www.jissn.com/content/5/1/12

less (p < 0.05) than the mean baseline level at day 3, day 7 and day 14. ANOVA-2 comparison, after baseline subtraction, between the 800 mg/day dose group and the 2000 mg/day dose group showed interaction between time points to be significant (p = 0.05) reaching a statistical significance of 1.0. Comparison of means between dose groups showed no significant (p = 0.05) interaction reaching a statistical power of 0.46 (Figure 2).

### Serum ES levels

The mean baseline level of serum ES in the 800 mg/day dose group of 21.49 pmol/L was not significantly (p = 0.05) different than the baseline level of 23.94 pmol/L in the 2000 mg/day dose group. ANOVA-RM of the 800 mg/day dose group showed the mean level of ES was significantly (p < 0.05) less than the mean baseline level at day 7. ANOVA-RM of the 2000 mg/day dose group showed the mean level of ES was significantly less (p < 0.05) than the mean baseline level at day 3, day 7 and day 14. ANOVA-2 comparison, after baseline subtraction, between the 800 mg/day dose group and the 2000 mg/day dose group showed the interaction between time points to be significant (p = 0.05) reaching a statistical significance of 0.73. Interaction between dose groups was also significant (p = 0.05) reaching a statistical power of 1.0 (Figure 3).

### Discussion

ANOVA-RM analyses of the results show significant increases in serum total T and significant decreases in serum DHT in both dose groups as well as significant decreases in serum ES in the 2000 mg/day dose group at a significance level of alpha = 0.05. These significant differences from baseline were confirmed using ANOVA-2 analyses after baseline subtraction. These results of increased T levels with concurrent decreases in DHT and ES support earlier in-vitro mechanism reports that the 5AR and AER enzymes are inhibited by AX and SPLE [12,13]. They also support the hypothesis that a precise combination of AX and SPLE, Alphastat® (Mytosterone(™)), may regulate a concomitant inhibitory activity of both enzymes in-vivo.

The doses used in this study however, did not result in a clear dose dependent effect. ANOVA-2 analyses show no significant difference between dose groups with regard to the increase of T or the decrease of DHT. However, it did show a significant dose dependant decrease in serum ES levels. The lack of a dose response with regard to T and DHT indicates the maximum effect of Alphastat® (Mytosterone(™)) is obtained at the 800 mg/day dose. Further studies using lower doses must be conducted to establish a dose response and maximum effect level regarding T and ES. A dose of 2000 mg/day may be necessary if decreases in ES levels are desired. This effect may have an application in women that are prone to estrogen dependent breast cancer and requires further exploration.

The results also suggest that Alphastat® (Mytosterone(™)) is equally effective in men between the ages of 37 and 70 for increasing endogenous total serum T levels and



**Figure 2**
**Serum Dihydrotestosterone**. Effect of Alphastat® (Mytosterone(™)) on serum DHT levels (nmol/L). Values are means (+/- SEM), *indicates significant difference from baseline value (p ≤ 0.05).

EXHIBIT
36

Page 5 of 7
*(page number not for citation purposes)*

*Journal of the International Society of Sports Nutrition* 2008, **5**:12  http://www.jissn.com/content/5/1/12



**Figure 3**
**Serum Estradiol**. Effect of Alphastat® (Mytosterone(™)) on serum estradiol levels (pmol/L). Values are means (+/- SEM), *indicates significant difference from baseline value ($p \leq 0.05$).

decreasing serum DHT levels without increasing ES levels. The 800 mg/day dose group ranged 37 – 67 years with a mean of 55.5 years and 24% under the age of 50. The 2000 mg/day dose group ranged 53 – 70 years with a mean of 61 years and no one under the age of 50. Confirmation of this by further studies is important since mean total T levels have been reported to decrease by 30% between the ages of 25 and 75 [14]. The decline in T as a result of male aging is designated as TDS by several international societies and is described as a combination of sarcopenia and andropause [1-3]. Its clinical features are characterized by muscle erosion, loss of muscle strength and bone mineral density as well as increased sexual dysfunction, lack of energy, increased cognitive impairment and decreased general well being [5-7]. Avoiding or slowing these symptoms is important for staying healthy and competitive as life expectancy increases. The results of this study indicate that Alphastat® (Mytosterone(™)) may help maintain or reverse declining T levels in the aging male by maintaining endogenous T levels and without increasing ES levels. It may also be beneficial in males prone to developing symptoms of BPH due to elevated DHT levels. BPH is regarded as a global health problem in men with approximately 50% of men over age 50 reporting symptoms [9,10]. Alphastat® (Mytosterone(™)) may regulate DHT levels without the side effects of increased ES levels reported with the use of prescription drugs that inhibit 5AR.

## Conclusion

The precise combination of AX and SPLE, Alphastat® (Mytosterone(™)), produced significant changes in serum T, DHT and ES levels. A dose of either 800 mg or 2000 mg/day produced significant increases in T and decreases in DHT within three days with no increases in ES. The effect was not dose dependent indicating that the 800 mg/per day dose is as equally effective as 2000 mg/day in the age range of subjects studied. Blood levels of ES also decreased significantly and in a dose dependant manner indicating the 2000 mg/day dose is more effective than the 800 mg/day dose. There were no outward signs of toxicity or adverse reactions. This data provides support for each mechanism of action observed in-vitro and suggests a potential role for its use in aging men experiencing TDS or symptoms of BPH.

## Competing interests

This study was funded by Triarco Industries, Inc. (Wayne, NJ) through the contract research organization (CRO) Gateway Health Alliances, Inc. All research was conducted independently and according to protocol at the Laboratory of Nutrition and Nutritional Biochemistry, University of Yaounde I, Cameroon. All researchers have no financial interests concerning the outcome of this investigation and the results do not constitute an endorsement by the authors and/or their institutions concerning the ingredient tested.

EXHIBIT
37

Page 6 of 7
*(page number not for citation purposes)*

*Journal of the International Society of Sports Nutrition* 2008, **5**:12

http://www.jissn.com/content/5/1/12

## Authors' contributions

FA assisted in study coordination, supervision, protocol development, data management and statistical analysis. MA assisted in protocol development, clinical supply management and manuscript preparation. All authors read and approved the final manuscript.

## Acknowledgements

The authors thank Julius Oben, Head of the Laboratory of Nutrition and Nutritional Biochemistry, University of Yaounde I, for study coordination. Shil Kothari of Gateway Health Alliances, Inc., Fairfield, CA for assisting in protocol development and the subjects at the University of University of Yaounde I Teaching Hospital in Yaounde, Cameroon.

## References

1.  Morimoto I, Edmiston A, Horton R: **Alteration in the metabolism of dihydrotestosterone in elderly men with prostate hyperplasia.** *J Clin Invest* 1980, **66(3)**:612-615.
2.  Vermeulen A: **Clinical review 24: androgens in the aging male.** *J Clin Eendocrinol Metab* 1991, **73(2)**:221-224.
3.  Nieschlag E, Swerdloff R, Behre HM, Gooren LJ, Kaufman JM, Legros JJ, Lunenfeld B, Morely JE, Schulman C, Wang C, Weidner W, Wu FC: **Investigation, treatment, and monitoring of late-onset hypogonadism in males: ISA, ISSAM, and EAU recommendations.** *J Androl* 2006, **27(2)**:135-137.
4.  Hong BS, Ahn TY: **Recent trends in the treatment of testosterone deficiency syndrome.** *Int J Urology* 2007, **14**:981-985.
5.  Wang C, Swerdloff R: **Editorial: Should the nonaromatizable androgen dihydrotestosterone be considered as an alternative to testosterone in the treatment of the andropause?** *J Clin Endocrinol Metab* 2002, **87(4)**:1462-1466.
6.  Chen J, Kim J, Dalton JT: **Discovery and therapeutic promise of selective androgen receptor modulators.** *Mol Interv* 2005, **5(3)**:173-188.
7.  Walrand S, Boirie Y: **Optimizing protein intake in aging. Current opinion.** *Clin Nut Met Care* 2005, **8**:89-94.
8.  Movérare-Skrtic S, Venken K, Andersson N, Lindberg MK, Svensson J, Swanson C, Vanderschueren D, Oscarsson J, Gustafsson JA, Ohlsson C: **Dihydrotestosterone treatment results in obesity and altered lipid metabolism in orchidectomized mice.** *Obesity Research* 2006, **14(4)**:662-672.
9.  Montie JE, Pienta KJ: **Review of the role of androgenic hormones in the epidemiology of benign prostatic hyperplasia and prostate cancer.** *Urology* 1994, **43(6)**:892-895.
10. Strauch G, Perles P, Vergult G, Gabriel M, Gibelin B, Cummings S, Malbecq W, Malice MP: **Comparison of finasteride (Proscar) and serenoa repens Permixon) in the inhibition of 5-alpha reductase in healthy male volunteers.** *Eur Urol* 1994, **26**:247-252.
11. Staiman VR, Lowe FC: **Tamoxifen for flutamide/finasteride-induced gynecomastia.** *Urology* 1997, **50(6)**:929-933.
12. Anderson ML: **A preliminary investigation of the enzymatic inhibition of 5α-reductase and growth of prostatic carcinoma cell line LNCap-FGC by natural astaxanthin and saw palmetto lipid extract** *in vitro.* *J Herbal Pharm* 2005, **5(1)**:17-26.
13. Anderson ML: **Method of inhibiting aromatase with specific dietary supplements.** U.S. Patent application # 20040156926, 2004 Triarco Industries, Inc.
14. Morley JE, Kaiser F, Raum WJ, Perry RH, Flood JF, Jensen J, Silver AJ, Roberts E: **Potentially predictive and manipulatable blood serum correlates of aging in the healthy human male: progressive decreases in bioavailable testosterone, dehydroepiandrosterone sulfate, and the ratio of insulin-like growth factor 1 to growth hormone.** *Proc Natl Acad Sci USA* 1997, **94**:7537-7542.

Publish with **BioMedCentral** and every scientist can read your work free of charge

*"BioMed Central will be the most significant development for disseminating the results of biomedical research in our lifetime."*

Sir Paul Nurse, Cancer Research UK

Your research papers will be:

• available free of charge to the entire biomedical community

• peer reviewed and published immediately upon acceptance

• cited in PubMed and archived on PubMed Central

• yours — you keep the copyright

Submit your manuscript here:
http://www.biomedcentral.com/info/publishing_adv.asp


**BioMed**central

EXHIBIT
38

Page 7 of 7
*(page number not for citation purposes)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV12- 4706 DDP (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division** | **[ ] Southern Division** | **[ ] Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

*ORIGINAL*

Name & Address:

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHEL BURMEISTER, JOEL COHN, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>NEW VITALITY CORPORATION, a New York Corporation, NAC MARKETING, INC., a New York Corporation, and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-4706 -DDP(VBK)<br><br><br>**SUMMONS** |

*FAXED*

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Peter J. Farnese_____, whose address is _Beshada Farnese LLP, 1999 Avenue of the Stars, Suite 1100, Los Angeles, CA, 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  MAY 3 0 2012 _____

By: _____
                        Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

COPY

Name & Address:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHEL BURMEISTER, JOEL COHN, individually and on behalf of all others similarly situated, <div style="text-align:right">PLAINTIFF(S)</div><div style="text-align:center">v.</div>NEW VITALITY CORPORATION, a New York Corporation, NAC MARKETING, INC., a New York Corporation, and DOES 1 through 10, inclusive, <div style="text-align:right">DEFENDANT(S).</div> | CASE NUMBER<br><br>**CV12-4706**-DDP(VBKx)<br><br>**SUMMONS** |

TO:     DEFENDANT(S):

    A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Peter J. Farnese_____, whose address is _Beshada Farnese LLP, 1999 Avenue of the Stars, Suite 1100, Los Angeles, CA, 90067_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   MAY 3 0 2012                         By: _____
                                                    MARIA DAVIS
                                                    Deputy Clerk

                                                    *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                **SUMMONS**

COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MITCHEL BURMEISTER, JOEL COHN, individually and on behalf of all others similarly situated, | NEW VITALITY CORPORATION, a New York Corporation, NAC MARKETING, INC., a New York Corporation, and DOES 1 through 10, inclusive, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Peter J. Farnese<br>BESHADA FARNESE LLP, 1999 Ave of the Stars, Suite 1100, Los Angeles, CA 90067, 310-356-4668 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes  ☐ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ Greater than $5 million

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. 1332 - Class Action Fairness Act Diversity - false and misleading advertising in violation of Cal. Bus. Prof. Code 17200, 17500, Cal. Civ Code 1750, fraud

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## CV12-4706

**FOR OFFICE USE ONLY:**  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (Plaintiff Burmeister) | New Jersey (Plaintiff Cohn) |

(b)  List the County in this District; California County outside of this District; State if other than California, or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New Vitality Corporation -- New York<br>NAC Marketing Inc. -- New York |

(c)  List the County in this District; California County outside of this District; State if other than California, or Foreign Country, in which EACH claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (Plaintiff Burmeister) | New Jersey (Plaintiff Cohn) |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____    Date May 30, 2012
                                         Peter J. Farnese

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |