O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHEL BURMEISTER, JOEL COHN, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>NEW VITALITY CORPORATION, a New York corporation; NAC MARKETING, INC., a New York corporation,<br><br>             Defendants. | Case No. CV 12-04706 DDP (VBKx)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

The court orders Plaintiffs to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiffs filed their Complaint in this court on May 30, 2012, asserting jurisdiction under the Class Action Fairness Act ("CAFA"). Under 28 U.S.C. § 1332(d), federal courts have original jurisdiction over class actions in which the amount in controversy exceeds $5 million, and in which any of the members of a class of plaintiffs is a citizen of a state different from any defendant. Here, Plaintiffs state only that they are "informed and believe[]

that the matter in controversy . . . exceeds the sum or value of $5,000,000." (Compl. ¶ 10.)  Because Plaintiffs do not offer any facts in support of this assertion, the court is not persuaded that the amount in controversy meets the jurisdictional threshold for purposes of CAFA.

   Accordingly, the court orders the parties to file cross-briefs, not to exceed ten pages, by Thursday, September 27, 2012, to show cause why this action should not be dismissed for failure to satisfy the amount in controversy requirement.  The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  The court notes that Plaintiffs have the burden of establishing subject matter jurisdiction.  If a party does not file a brief, the court will regard the party as not opposing dismissal of this matter.

IT IS SO ORDERED.


Dated: September 17, 2012

DEAN D. PREGERSON
United States District Judge